# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, J.A. FISCHER, M.G. MILLER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## LEONEL A. BURGOS HERNANDEZ
## PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS

### NMCCA 201300373
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 31 May 2013.
**Military Judge:** CAPT Kevin R. O'Neil, JAGC, USN.
**Convening Authority:** Commanding Officer, Headquarters Battalion, 1st Marine Division, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol D.P. Harvey, USMC; **SJAR Addendum**: LtCol D.R. Kazmier, USMC.
**For Appellant:** LCDR Brandon E. Boutelle, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**30 January 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court